UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRY KILGORE SR. et. al.,

        Plaintiff,                       Case No. 1:05-cv-256

vs.

                                       Spiegel, J.
                                       Black, M.J.

CITY OF CINCINNATI, et al.,

        Defendants.

## ORDER

For good cause shown, and in the absence of any opposition, Defendants' motion to Strike Plaintiffs' Memorandum Contra to Defendants' Answer to Complaint under Rule 7(a) and 12(f) (doc. 13) is **GRANTED**.

    **IT IS SO ORDERED.**

**DATE:** July 15, 2005                                      s/ Timothy S. Black
                                                              Timothy S. Black
                                                              United States Magistrate Judge